# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  04-cr-00149-REB-01 |
| | USM Number:  32561-013 |
| JANNE MAURICE HAND | Scott T. Varholak, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 6, and 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 12/6/04 |

　　　　The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

　　　　The defendant has not committed violations 4 and 5 and is discharged as to such violations.

　　　　It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

　　　　It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

June 21, 2007
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

June 27, 2007
Date

DEFENDANT:  JANNE MAURICE HAND
CASE NUMBER:  04-cr-00149-REB-01                                               Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Violation of the Law | 7/22/05 |
| 3 | Excessive Use of Alcohol | 7/22/05 |
| 6 | Violation of the Law | 7/23/06 |
| 7 | Violation of the Law | 8/24/06 |

DEFENDANT:  JANNE MAURICE HAND
CASE NUMBER:  04-cr-00149-REB-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant's sentence to supervised release is now revoked, and the Defendant is committed to the Bureau of Prisons for a term of fourteen (14) months to run concurrently with any sentence previously imposed including but not limited to, the defendant's extant state court and Federal Court sentences; provided furthermore, that this sentence during the period of concurrence with that existing state and federal sentence shall be served first in the Colorado Department of Corrections.

The presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. Section 3585.

No additional term of supervised release is imposed.

The extant orders, including but not limited to the judgment of conviction and sentence of this court are amended or supplemented to the extent necessary to facilitate and implement these orders.

The defendant is remanded to the custody of the United States Marshal, who is authorized and directed to return the defendant to the Colorado Department of Corrections pursuant to an outstanding writ issued in this case.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

DEFENDANT:  JANNE MAURICE HAND
CASE NUMBER:  04-cr-00149-REB-01                                                              Judgment-Page 4 of 3

By_____
            Deputy United States Marshal

DEFENDANT:  JANNE MAURICE HAND
CASE NUMBER:  04-cr-00149-REB-01                                                              Judgment-Page 4 of 3